FILED

06/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0208

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0208

STATE OF MONTANA,

> Plaintiff and Appellee,

v.

THERESA MARIE WALKER,

> Defendant and Appellant

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 15, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 4 2024